IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRYL D. RIGGINS, #184051, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:23-CV-84-MHT-CSC |
| | )  [WO] |
| PATRICE RICHIE JONES, *et. al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff' Motion for Enlargement of Time to file Objections (Doc. 7) it is **ORDERED** that the Motion is GRANTED and that the deadline for filing Objections to the Recommendation of the Magistrate Judge (Doc. 6) be extended to and including March 16, 2023.

DONE this the 8th day of March, 2023.

/s/ Charles S. Coody
**UNITED STATES MAGISTRATE JUDGE**

1