IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRYL D. RIGGINS, #184051, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-CV-84-MHT-CSC |
| | ) | [WO] |
| PATRICE RICHIE JONES, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Plaintiff' Notice of Change of Address filed March 24, 2023 (Doc. 9) it is **ORDERED** that the deadline for filing Objections to the Recommendation of the Magistrate Judge (Doc. 6) be extended to and including April 11, 2023.

The Clerk of the Court is **DIRECTED** to send a copy of this Order to Plaintiff at his new address.

DONE this the 28th day of March, 2023.

/s/ Charles S. Coody
**UNITED STATES MAGISTRATE JUDGE**

1